# MEMORANDUM DECISIONS

CONSOLIDATED GAS CO. OF NEW YORK v. NEWTON, Atty. Gen., et al. (Circuit Court of Appeals, Second Circuit. June 27, 1919.) No. 240. Appeal from the District Court of the United States for the Southern District of New York. Suit in equity by the Consolidated Gas Company of New York against Charles D. Newton, as Attorney General of the State of New York, Edward Swann, as District Attorney of the County of New York, and others, constituting the Public Service Commission of the State of New York, First District. Appeal from an order denying application of the City of New York for leave to intervene as a party defendant. Affirmed. For opinion below, see 256 Fed. 238. See, also, 260 Fed. 244. William P. Burr, Corp. Counsel, of New York City (Terence Farley, Vincent Victory, and Judson Hyatt, all of New York City, of counsel), for appellant. Shearman & Sterling, of New York City (E. Henry Lacombe, John A. Garver, and William L. Ransom, all of New York City, of counsel), for appellee. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Order affirmed.

---

DELGADO et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 25, 1919.) No. 3347. In Error to the District Court of the United States for the Western District of Texas; W. R. Smith, Judge. Fred Delgado and another were convicted of crime, and they bring error. Affirmed. Volney M. Brown, of El Paso, Tex., for plaintiffs in error. W. H. Fryer, Asst. U. S. Atty., of El Paso, Tex. Before WALKER, Circuit Judge, and FOSTER and GRUBB, District Judges.

PER CURIAM. The record in this case does not show any reversible error. The judgment is affirmed.

---

FAUSER v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. December 1, 1919.) No. 3419. In Error to the District Court of the United States for the Southern Division of the Southern District of California. Robert O'Connor, U. S. Atty., and Gordon Lawson, Asst. U. S. Atty., both of Los Angeles, Cal.

PER CURIAM. Ordered, writ of error dismissed for noncompliance by the plaintiff in error with the provisions of subdivision 1 of rule 16 of the rules of practice of this court (208 Fed. ix, 124 C. C. A. ix.)

---

UNITED STATES v. RAINIER BREWING CO. et al. (Circuit Court of Appeals, Ninth Circuit. October 28, 1919.) No. 3383. In Error to the District Court of the United States for the First Division of the Northern District of California. Annette Abbott Adams, U. S. Atty., of San Francisco, Cal., and Charles W. Thomas, Asst. U. S. Atty., of Sacramento, Cal. Theodore A. Bell, of San Francisco, Cal., for defendant in error.

PER CURIAM. Writ of error dismissed, pursuant to motion of counsel for plaintiff in error. For opinion below, see 259 Fed. 359.